# United States District Court
## *Southern District of Georgia*

WASEEM DAKER,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: 6:18cv-73

GREGORY DOZIER, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated April 9, 2019 adopting the Report and

Recommendation of the U.S. Magistrate Judge as the opinion of the court, the Court DENIES

Daker's Motion to Extend Time, and his request for emergency remand for evidentiary hearing. The

Court DISMISSES without prejudice Plaintiff's Complaint and DENIES Plaintiff in forma pauperis

status on appeal.  This case stands closed.

Approved by: _____

May 1, 2019

Date

Scott L. Poff

Clerk

*(By) Deputy Clerk*